UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHARONDA E. McCULLERS | Case No. 3:09-cv-270 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Sharon L. Ovington |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND DECISION AND ENTRY (DOC. 21)

This case is before the Court on Defendant's Unopposed Motion to Amend the Decision and Entry docketed by the Court on September 29, 2010. Noting that Defendant's Motion is unopposed by Plaintiff, the Court **GRANTS** Defendant's Motion (Doc. 21) pursuant to Fed. R. Civ. P. 60.

The Conclusion of the Court's Decision and Entry (Doc. 19) is hereby **AMENDED** to read as follows: Based on the foregoing, the Court hereby declines to adopt the Report and Recommendations of the Magistrate Judge (Doc. 17); sustains Plaintiff's Objections to the Magistrate Judge's Report and Recommendations (Doc. 18); reverses the ALJ's non-disability finding; and remands this matter to the Social Security Administration for the calculation and award of benefits. This case is closed.

**IT IS SO ORDERED.**

Date: 5/27/11

Timothy S. Black
United States District Judge